**Order entered December 17, 2018**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-17-00654-CV

### JUSTIN D. BURGESS, Appellant

### V.

### WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST, Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-00664-B**

## ORDER

Appellant's motion to cap security on appeal at $15,000 and to refund funds posted in excess of that amount is **DENIED** without prejudice to refiling after appellant pursues relief in the trial court pursuant to Texas Rule of Appellate Procedure 24.3(a).

/s/     LANA MYERS
          JUSTICE